JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-5244 BHS |
| Plaintiff, | |
| v. | DEFENSE STATEMENT ON PLEA OF GUILTY |
| ELAINE MARIE THOMAS, | |
| Defendant. | |

Elaine Thomas acknowledges that she committed the offense to which she pled guilty. She took shortcuts and made material misrepresentations. She has now publically owned those mistakes. Ms. Thomas never intended to compromise the integrity of any material and is gratified that the government's testing does not suggest that the structural integrity of any submarine was in fact compromised. This offense is unique in that it was neither motivated by greed nor any desire for personal enrichment. She regrets that she failed to follow her moral compass – admitting to false statements is hardly how she envisioned living out her retirement years. While today is a difficult one for Ms. Thomas, she remains a respected scientist and a valued member of our community. She is committed to doing all that she can to strengthen that community through her continued volunteer work.

DATED this 8th day of November, 2021.

Respectfully submitted,

*s/ John R. Carpenter*
Assistant Federal Public Defender
Attorney for Elaine Thomas

DEFENSE STATEMENT ON PLEA OF GUILTY
(*United States v. Thomas*, CR20-5244 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710